IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**ROCHELLE MUNRO-BROWN**,

        Plaintiff,

  v.

**COMMISSIONER OF SOCIAL SECURITY**,

        Defendant.

Case No. 3:20-cv-01283-IM

**ORDER**

**IMMERGUT, District Judge.**

    Plaintiff filed a stipulated application for fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and supporting materials on November 16, 2021. *See* ECF 22; ECF 23. After considering Plaintiff's stipulated submission and supporting materials, this Court hereby ORDERS that attorney's fees in the amount of $6,212.08[1] shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Attorney's fees will be paid to

---

[1] Plaintiff's timesheet, ECF 22-2, contained a calculation error. The total EAJA fees add up to $6,212.08 and not $6,212.09.

PAGE 1 – ORDER

Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

If Plaintiff has no such debt, then the fees shall be delivered via electronic funds transfer or by check made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office[2] as follows: NW Disability Benefits, LLC dba Kerr Robichaux & Carroll (TID 85-3999428), P.O. Box 14490, Portland, OR 97293. If Plaintiff has a debt, then any remaining funds after offset of the debt shall be made to Plaintiff and sent via electronic funds transfer or by check mailed to Plaintiff's attorney's office at the address stated above.

**IT IS SO ORDERED.**

DATED this 18th day of November, 2021.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge

---

[2] Formerly known as Schneider Kerr & Robichaux.

PAGE 2 – ORDER